**UNITED STATES DISTRICT COURT**     **SOUTHERN DISTRICT OF TEXAS**

### HOUSTON DIVISION

Vapor Technology Association, et al.
  *Plaintiff(s),*

v.                                                                                    Case No. 4:25−cv−03955

Kelly Hancock, et al.
  *Defendant(s).*

## NOTICE OF SETTING

### PLEASE TAKE NOTICE

HEARING:  **Motion Hearing**
RE: Motion for Temporary Restraining Order – #17
Motion for Preliminary Injunction – #17

DATE:   **8/27/2025**

TIME:   **03:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                       Date: August 25, 2025

By Deputy Clerk, A. Rivera