| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

## HOUSTON DIVISION

Vapor Technology Association, et al.
   *Plaintiff(s),*

v.                                             Case No. 4:25–cv–03955

Kelly Hancock, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Dismiss – #21
Supplement – #71

DATE: **12/11/2025**

TIME: **04:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL-IN NUMBER AT +1 669-254-5252.
Enter Meeting ID: 160 7362 7986#
No participant ID – press #, Followed by Passcode: 3716#.

IF THE PARTIES WOULD LIKE TO JOINTLY REQUEST AN IN-PERSON HEARING,
PLEASE NOTIFY ARTURO RIVERA BY EMAIL.

**Nathan Ochsner, Clerk**                                                                 Date: December 2, 2025

By Deputy Clerk, A. Rivera