IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VAPOR TECHNOLOGY ASS'N, ET AL., <br><br>*PLAINTIFFS*, <br><br> v. <br><br> KELLY HANCOCK, *ET AL.*, <br><br>*DEFENDANTS*. | CASE NO. 4:25-CV-03955 |

### NOTICE OF INTERLOCUTORY APPEAL

Defendant Kelly Hancock, in his official capacity as Acting Comptroller of Public Accounts of the State of Texas (the "Comptroller"), hereby files his Notice of Interlocutory Appeal to the United States Court of Appeals for the Fifth Circuit from the order of the Court in the above-referenced action announced on the record on December 11, 2025, denying the Comptroller's Priority Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF No. 21), as supplemented (ECF No. 71), by reason of Plaintiffs' lack of standing to sue the Comptroller; the sovereign immunity of the Comptroller from suit or liability in this action; and the bar to Plaintiffs' claims against the Comptroller in this action by reason of the Eleventh Amendment to the United States Constitution.

| | |
|---|---|
| Dated: December 12, 2025 | Respectfully submitted. |
| **KEN PAXTON**<br>Attorney General | **RYAN G. KERCHER**<br>Chief, Special Litigation |
| **BRENT WEBSTER**<br>First Assistant Attorney General | /s/ *David Bryant*<br>**DAVID BRYANT**<br>Senior Special Counsel<br>Texas Bar No. 03281500<br>Southern Dist. No. 808332 |
| **RALPH MOLINA**<br>Deputy First Assistant Attorney General | |
| **RYAN D. WALTERS**<br>Deputy Attorney General for Legal Strategy | **MUNERA AL-FUHAID**<br>Special Counsel<br>Texas Bar No. 24094501<br>Southern Dist. No. 3379673 |
| | **SHERLYN HARPER**<br>Assistant Attorney General<br>Administrative Law Division<br>Texas Bar No. 24093176<br>Southern Dist. No. 2994171 |
| | **OFFICE OF THE ATTORNEY GENERAL OF TEXAS**<br>Special Litigation Division<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>Tel.: (512) 463-2100<br>david.bryant@oag.texas.gov<br>munera.al-fuhaid@oag.texas.gov<br>sherlyn.harper@oag.texas.gov |
| | **COUNSEL FOR DEFENDANT KELLY HANCOCK, ACTING COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TEXAS** |

## Certificate of Service

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on December 12, 2025 and that all counsel of record were served by CM/ECF.

/s/ *David Bryant*
**David Bryant**