IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VAPOR TECHNOLOGY ASSOCIATION, *et. al.*, | § § § § | |
| Plaintiffs, | § § | |
| vs. | § § | CIVIL ACTION NO. 4:25-cv-03955 |
| KELLY HANCOCK, in his official capacity as Acting Comptroller of Public Accounts for the State of Texas, *et al.*, | § § § § § | |
| Defendants. | § § | |

**PLAINTIFFS' RESPONSE TO DEFENDANT HANCOCK'S MOTION TO STAY PROCEEDINGS PENDING INTERLOCUTORY APPEAL**

Plaintiffs respectfully file this response to advise the Court that they do not oppose Defendant Hancock's motion to stay proceedings pending interlocutory appeal (ECF No. 84) and to advise the Court that Plaintiffs are seeking an expedited briefing schedule and expedited decision from the United States Court of Appeals for the Fifth Circuit on the appeal of this Court's order denying Defendant Hancock's motion to dismiss (ECF No. 21) as supplemented (ECF No. 71).

Dated: January 8, 2026

    By: /s/ Eric N. Heyer
    **Eric N. Heyer**
    Federal ID No. 1215379
    THOMPSON HINE LLP
    1919 M Street, NW, Suite 700
    Washington, DC 20036
    Telephone: (202) 331-8800
    Facsimile : (202) 331-8330
    Eric.Heyer@ThompsonHine.com

    ***Attorney-In-Charge for Plaintiffs***

- 2 -

**OF COUNSEL**:

**Michael D. Matthews, Jr.**
Texas Bar No. 24051009
Federal ID No. 1062430
matt.matthews@mhllp.com

**Tyrone L. Haynes**
Texas Bar No. 24076430
Federal ID No. 2303786
tyrone.haynes@mhllp.com

**McDowell Hetherington, LLP**
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile:  (713) 337-8850

**James Fraser** (admitted pro hac vice)
James.Fraser@ThompsonHine.com

**Joseph A. Smith** (admitted pro hac vice)
Joe.Smith@ThompsonHine.com

**Anna Stressenger** (admitted pro hac vice)
Anna.Stressenger@ThompsonHine.com

**Ryan D. Callinan** (admitted pro hac vice)
Ryan.Callinan@ThompsonHine.com
**THOMPSON HINE LLP**
1919 M Street, NW, Suite 700
Washington, DC 20036
Telephone: (202) 331-8800
Facsimile: (202) 331-8330